UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


LISA LEE KILBORNE,                                                  Civil No. 3:09-6367-HA

      Plaintiff,                                                        ORDER

      v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.

_____

HAGGERTY, District Judge:

      After considering the Stipulated Motion [32] of the parties, the Commissioner is ordered

to pay plaintiff's attorney the sum of $9,772.75 for full settlement of all claims for fees pursuant

to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  This final EAJA fee award is

based on the amount previously awarded on June 23, 2011 of $8,605.93, plus the stipulated

amount of $1,166.82 for reasonable time expended litigating counsel's entitlement to an EAJA

award.

      Upon verification that plaintiff has no debt to the government which qualifies for offset

pursuant to the reasoning in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA

1 -- ORDER

awards fees subject "to a federal administrative offset if the Litigant has outstanding federal

debts"), payment of $9,772.75 shall be made to plaintiff's attorney and mailed to his office at

1700 Valley River Drive, Eugene, OR 97401.  If plaintiff has such debt, the check for any

remaining funds after offset shall be made out to plaintiff and mailed to counsel's office at the

address provided above.

     IT IS SO ORDERED.

     DATED this 26th day of July, 2011.

   /s/ Ancer L. Haggerty   

Ancer L. Haggerty

United States District Judge

2 -- ORDER